**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Suite 140**
Las Vegas, Nevada  89119
cbdodrill@wolfewyman.com
Tel: (702) 476-0100
Fax: (702) 476-0101

Attorneys for Defendants
GMAC MORTGAGE, LLC,
HOMECOMINGS FINANCIAL NETWORK,
INC., EXECUTIVE TRUSTEE SERVICES,
LLC, AND FEDERAL NATIONAL
MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR LEE: REYNOLDS &  CONNIE-BURLYNE: EVANS, COMMON-PEACEFUL-PEOPLE,<br><br>              Plaintiff,<br>   v.<br><br>HOMECOMINGS FINANCIAL NETWORK, INC. et al., GMAC MORTGAGE et al., EXECUTIVE TRUSTEE SERVICES, LLC., FANNIE MAE/FREDDIE MAC<br><br>              Defendants. | Case No.  3:11-cv-00914-RCJ - WGC<br><br>**NOTICE OF DUPLICATE MATTER AND REQUEST TO ADMINISTRATIVELY CLOSE CASE** |

Defendants, GMAC Mortgage, LLC (incorrectly designated in the caption as "GMAC Mortgage"), Homecomings Financial Network, Inc., ("Homecomings"), Executive Trustee Services, LLC ("ETS"), and Federal National Mortgage Association ("Fannie Mae") (incorrectly designated in the caption as "Fannie Mae/Freddie Mac") by and through their undersigned counsel hereby notify the Court and the Parties that this matter, 3:11-cv-00914-RCJ –WGC, is duplicative of case 3:11-cv-00910-RCJ –VPC, both of which were opened when the underlying state court action was inadvertently removed twice by different counsel.

///

///

1

969417.1

1  Defendants request that the Clerk of the Court Administratively Close this matter and allow
2  proceedings to continue under Case No. 3:11-cv-00910-RCJ –VPC only.

3  DATED:   January18, 2012          WOLFE & WYMAN LLP

By:   /s/ *Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
cbdodrill@wolfewyman.com
Phone (702) 476-0100
Fax (702) 476-0101

Attorneys for Defendants
GMAC MORTGAGE, LLC,
HOMECOMINGS FINANCIAL NETWORK,
INC., EXECUTIVE TRUSTEE SERVICES, LLC,
AND FEDERAL NATIONAL MORTGAGE
ASSOCIATION

**CERTIFICATE OF SERVICE**

On January 18, 2012, I served the **NOTICE OF DUPLICATE MATTER AND REQUEST TO ADMINISTRATIVELY CLOSE CASE** by the following means to the persons as listed below:

_____ a. EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

  X   b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Taylor L. Reynolds
Connie B. Evans
5691 Camus Road
Carson City, NV 89701
Plaintiffs in Proper Person

By: */s/ Katia Ioffe*
       Katia Ioffe
       An employee of Wolfe & Wyman LLP