COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV  89119
cbdodrill@wolfewyman.com
Tel: (702) 476-0100
Fax: (702) 476-0101

Attorneys for Defendants
GMAC MORTGAGE, LLC,
HOMECOMINGS FINANCIAL NETWORK,
INC., EXECUTIVE TRUSTEE SERVICES,
LLC, AND FEDERAL NATIONAL
MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR LEE: REYNOLDS &  CONNIE-BURLYNE: EVANS, COMMON-PEACEFUL-PEOPLE,<br><br>        Plaintiff,<br>   v.<br><br>HOMECOMINGS FINANCIAL NETWORK, INC. et al., GMAC MORTGAGE et al., EXECUTIVE TRUSTEE SERVICES, LLC., FANNIE MAE/FREDDIE MAC<br><br>        Defendants. | Case No. 3:11-cv-00914-RCJ – WGC<br><br>**STATUS REPORT** |

Defendants, by and through their undersigned counsel of record, hereby submit the following Status Report.

**1.    Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this Court.**

The following Motions are pending in this Court:

a.    Defendants filed a Motion to Administratively Close Case in Case No. 3:11-cv-00914-RCJ – WGC (Docket No. 5).

///

1

970772.1

**2. Include a statement by counsel of actions required to be taken by the Court.**

Defendants request that redundant Case No. 3:11-cv-00914-RCJ – WGC be administratively closed and that this matter proceed under Case No. 3:11-cv-00910-RCJ –VPC only.

**3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matter requiring the Court's attention not previously attached to the Notice of Removal.**

None.

DATED:   February 14, 2012         WOLFE & WYMAN LLP



By: /s/ *Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
cbdodrill@wolfewyman.com
Phone (702) 476-0100
Fax (702) 476-0101

Attorneys for Defendants
GMAC MORTGAGE, LLC,
HOMECOMINGS FINANCIAL NETWORK,
INC., EXECUTIVE TRUSTEE SERVICES, LLC,
AND FEDERAL NATIONAL MORTGAGE
ASSOCIATION

970772.1

**CERTIFICATE OF SERVICE**

On February 14, 2012, I served the **STATUS REPORT** by the following means to the persons as listed below:

_____   a.   EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

  X    b.   United States Mail, postage fully pre-paid (List persons and addresses.  Attach additional paper if necessary):

    Taylor L. Reynolds
    Connie B. Evans
    5691 Camus Road
    Carson City, NV 89701
    Plaintiffs in Proper Person

                    By:  */s/ Katia Ioffe*
                         Katia Ioffe
                         An employee of Wolfe & Wyman LLP

3

970772.1