1

**COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
**WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Suite 140**
**Las Vegas, NV  89119**
**cbdodrill@wolfewyman.com**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**

2

3

4

5

6

Attorneys for Defendants
GMAC MORTGAGE, LLC,
HOMECOMINGS FINANCIAL NETWORK,
INC., EXECUTIVE TRUSTEE SERVICES,
LLC, AND FEDERAL NATIONAL
MORTGAGE ASSOCIATION

7

8

9

10



### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

11

12

13

TAYLOR LEE: REYNOLDS &  CONNIE-
BURLYNE: EVANS, COMMON-PEACEFUL-
PEOPLE,

14

15

                    Plaintiff,

16

   v.

17

HOMECOMINGS FINANCIAL NETWORK,
INC. et al., GMAC MORTGAGE et al.,
EXECUTIVE TRUSTEE SERVICES, LLC.,
FANNIE MAE/FREDDIE MAC

18

19

20

                    Defendants.

Case No.  3:11-cv-00914-RCJ -WGC

**[PROPOSED] ORDER GRANTING**
**MOTION TO ADMINISTRATIVELY**
**CLOSE REDUNDANT CASE**

[LR 7-2]

21

22

        Defendants, GMAC MORTGAGE, LLC ("GMACM") , EXECUTIVE TRUSTEE

23

SERVICES, LLC ("ETS"), HOMECOMINGS FINANCIAL NETWORK, INC. ("Homecomings),

24

and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") (incorrectly designated

25

in the caption as "Fannie Mae/Freddie Mac"), by and through their attorneys, Wolfe & Wyman LLP,

26

filed a Motion to Administratively Close Case (Docket No. 5) on January 18, 2012.  Plaintiffs'

27

Response to Defendants' Motion to Administratively Close Case was due by February 6, 2012.

28

        The Court having considering the moving papers, its own files, and good cause appearing,
rules as follows:

1

1.     Pursuant to Local Rule 7-2(c), any Response and/or Opposition to Defendants'
Motion to Administratively Close Case was required to be filed with the Court and served within
fourteen (14) days after service of the Motion.  No Response and/or Opposition has been submitted
to the Court or served on opposing party within the prescribed timeline.  Pursuant to Local Rule 7-
2(i), the failure of an opposing party to file Points and Authority in response to any motion shall
constitute consent to the granting of the motion.

2.     The Court may grant the Motion to Administratively Close Case without a hearing
where a Local Rule provides another party who has failed to timely file an Opposition is deemed to
have waived any objection to the Motion.   Eaton v. Reno, 216 F.3d 1082, 1082 (9th Cir. 2000).

3.     The Court may grant the Motion to Dismiss for failure to follow local rules if these
five factors weigh in favor of dismissal:  "(1) the public's interest in expeditious resolution of
litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants, (4) the
public policy favoring disposition of cases of their merits; and (5) the availability of less drastic
sanctions."  Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

4.     The Court finds that the five Ghazali factors weigh in favor of dismissal, especially in
light of this matter remains pending under case number 3:11-cv-00910-RCJ –VPC.

IT IS THEREFORE ORDERED granting Defendants' Motion to Administratively Close
Case Plaintiffs' Complaint.

///
///
///
///
///
///
///
///
///
///

968889.1

1    IT IS FURTHER ORDERED the Clerk shall Administratively Close this Case.

2    IT IS SO ORDERED on this _____ day of _____, 2012.

3

4                                               _____

5                                               UNITED STATES DISTRICT COURT JUDGE

6    Respectfully submitted,

7    WOLFE & WYMAN LLP

8

9

10   By: __/s/ *Colt B. Dodrill*_____
         COLT B. DODRILL, ESQ.
11       Nevada Bar No. 9000
         980 Kelly Johnson Drive, Suite 140
12       Las Vegas, NV 89119
         cbdodrill@wolfewyman.com
13       Phone (702) 476-0100
         Fax (702) 476-0101
14

15       Attorneys for Defendants
         GMAC MORTGAGE, LLC,
16       HOMECOMINGS FINANCIAL NETWORK,
         INC., EXECUTIVE TRUSTEE SERVICES, LLC,
17       AND FEDERAL NATIONAL MORTGAGE
         ASSOCIATION
18

19

20

21

22

23

24

25

26

27

28

968889.1

1

**CERTIFICATE OF SERVICE**

2          On February 14, 2012, I served the **PROPOSED ORDER GRANTING MOTION TO**

3   **ADMINISTRATIVELY CLOSE REDUNDANT CASE** by the following means to the persons as

4   listed below:

5          _____   a.      EFC System (you must attach the "Notice of Electronic Filing", or list all

6   persons and addresses and attach additional paper if necessary):

7           X    b.      United States Mail, postage fully pre-paid (List persons and addresses.  Attach

8   additional paper if necessary):

9

10     Taylor L. Reynolds
       Connie B. Evans
11     5691 Camus Road
       Carson City, NV 89701
12     Plaintiffs in Proper Person

13

14                                                      By:  _/s/ *Katia Ioffe*_____
                                                              Katia Ioffe
15                                                            An employee of Wolfe & Wyman LLP

16

17

18

19

20

21

22

23

24

25

26

27

28

4

968889.1