**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Suite 140**
Las Vegas, NV  89119
cbdodrill@wolfewyman.com
Tel: (702) 476-0100
Fax: (702) 476-0101

Attorneys for Defendants
GMAC MORTGAGE, LLC,
HOMECOMINGS FINANCIAL NETWORK,
INC., EXECUTIVE TRUSTEE SERVICES,
LLC, AND FEDERAL NATIONAL
MORTGAGE ASSOCIATION

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR LEE: REYNOLDS &  CONNIE-BURLYNE: EVANS, COMMON-PEACEFUL-PEOPLE,<br><br>Plaintiff,<br>v.<br><br>HOMECOMINGS FINANCIAL NETWORK, INC. et al., GMAC MORTGAGE et al., EXECUTIVE TRUSTEE SERVICES, LLC., FANNIE MAE/FREDDIE MAC<br><br>Defendants. | Case No.  3:11-cv-00914-RCJ -WGC<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO MOTION TO ADMINISTRATIVELY CLOSE CASE**<br><br>[LR 7-2] |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants, GMAC MORTGAGE, LLC ("GMACM") , EXECUTIVE TRUSTEE SERVICES, LLC ("ETS"), HOMECOMINGS FINANCIAL NETWORK, INC. ("Homecomings), and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") (incorrectly designated in the caption as "Fannie Mae/Freddie Mac"), by and through their attorneys, Wolfe & Wyman LLP, filed a Motion to Administratively Close Case (Docket No. 5) on January 18, 2012.  Pursuant to Local Rule 7-2(b), any Response and/or Opposition to such Motion must be filed with the Court and served within fourteen (14) days after service of the Motion. Consequently, the Plaintiffs were required to file a Response and/or Opposition no later than February 6 (allowing for an extra three days for service by mail).  As of the date of this Notice, no

1

1  Response and/or Opposition has been filed by the Plaintiffs regarding this matter.

2       Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authorities
3  in response to a motion *shall* constitute consent to the granting of the Motion.  The Court may grant
4  the Motion for failure to follow local rules.  Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).  The
5  Court may grant the Motion without a hearing where a Local Rule provides another party who has
6  failed to timely file an Opposition is deemed to have waived any objection to the Motion.  Eaton v.
7  Reno, 216 F.3d 1082, 1082 (9th Cir. 2000).

8       Accordingly, Defendants respectfully request that this Court GRANT their Motion to
9  Administratively Close Case (Docket No. 5).  A Proposed Order is submitted concurrently herewith.

10 DATED:   February 14, 2012         WOLFE & WYMAN LLP

13                    By:  /s/ *Colt B. Dodrill*
                           COLT B. DODRILL, ESQ.
                           Nevada Bar No. 9000
14                         980 Kelly Johnson Drive, Suite 140
                           Las Vegas, NV 89119
15                         cbdodrill@wolfewyman.com
                           Phone (702) 476-0100
16                         Fax (702) 476-0101

                           Attorneys for Defendants
18                         GMAC MORTGAGE, LLC,
                           HOMECOMINGS FINANCIAL NETWORK,
19                         INC., EXECUTIVE TRUSTEE SERVICES, LLC,
                           AND FEDERAL NATIONAL MORTGAGE
20                         ASSOCIATION

2

968869.1

**CERTIFICATE OF SERVICE**

On February 14, 2012, I served the **DEFENDANTS' NOTICE OF NON-OPPOSITION** by the following means to the persons as listed below:

_____ a. EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

  X   b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Taylor L. Reynolds
Connie B. Evans
5691 Camus Road
Carson City, NV 89701
Plaintiffs in Proper Person

By: /s/ Katia Ioffe
    Katia Ioffe
    An employee of Wolfe & Wyman LLP